IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RHONDA LEDFORD, an individual; RAYMON GREGSTON, an individual; JO MCKINNEY, an individual; SHANE PENROD, an individual; KIM MCCORMICK, an individual; BOB ROBINSON, an individual; and GRACIE REYNA, an individual; LISA LITTLEFIELD, an individual; ADDISON FORDHAM, an individual; PHILIP GREGSTON, an individual; TOM DE KNIF, an individual, FRANK FARNWORTH, an individual; DIANA CARNELL, an individual,<br><br>       Plaintiffs,<br><br>  v.<br><br>IDAHO DEPARTMENT OF JUVENILE CORRECTIONS, an executive department of the State of Idaho; IDJC DIRECTOR SHARON HARRIGFELD, in her individual and official capacities; IDJC JUVENILE CORRECTIONS CENTER- NAMPA SUPERINTENDENT BETTY GRIMM, in her individual and official capacities; and DOES 1-20,<br><br>       Defendants. | Case No.  1:12-CV-326-BLW<br><br>**ORDER** |

The Court's law clerk held a conference with all counsel on April 19, 2013. Counsel were unable to agree on whether plaintiffs' counsel could share the defendants' discovery with the press and public. They did agree, however, that the defendants' discovery should be produced immediately under a Court-imposed protective order that would treat the discovery as confidential until the Court could rule on whether plaintiffs could share it with the press and public.

More specifically, counsel agreed that the defendants' discovery would be produced immediately to plaintiffs, and treated as confidential by the plaintiffs, meaning that (1) neither the documents nor the information contained in those documents would be shared with the press or public, and (2) the documents and information could be shared with witnesses, including experts, and others as necessary to prepare plaintiffs' legal case.

The parties agreed to brief the issue whether the documents may be shared more broadly. The plaintiff shall file a motion to modify this Court-imposed protective order on or before May 3, 2013, and the response and reply briefs shall be due as set forth in the Local Rules. Until the Court rules on that issue, this Court-imposed protective order will remain in place. Accordingly,

NOW THEREFORE IT IS HEREBY ORDERED, that the defendants immediately produce the discovery at issue to the plaintiffs.

IT IS FURTHER ORDERED, that the discovery produced by defendants is to be treated as confidential by plaintiffs, meaning that neither the documents nor the information contained in those documents may be shared with the press or public, although they may be shared with witnesses, including experts, and others as necessary to prepare plaintiffs' legal case.

**Order - 2**

IT IS FURTHER ORDERED, that the parties are free to seek modification or clarification of this protective order by e-mailing the law clerk at dave_metcalf@id.uscourts.gov who will pass counsels' concerns along to the Court.

IT IS FURTHER ORDERED, that plaintiffs shall file a motion to modify this Court-imposed protective order on or before May 3, 2013.

DATED: **April 19, 2013**

*B. Lynn Winmill* (signature)
B. LYNN WINMILL
Chief Judge
United States District Court

**Order - 3**